IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN M. J. MADEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:97CV01170 |
| | ) | |
| DUKE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The Court has reviewed the Joint Response of the Parties Regarding Supplementation of Discovery and Patent Claim Construction [Document #190], and finds the proposed schedule to be well-taken. IT IS THEREFORE ORDERED that the proposed schedule of the parties [Document #190] is hereby APPROVED AND ADOPTED.

IT IS FURTHER ORDERED that the claim construction hearing in this case is set for Friday, May 26, 2006 at 10:00 a.m. in Winston-Salem Courtroom Number 1. Finally, the Court directs that this case be set as the first case for trial during this Court's July 2006 Civil Trial Session, for trial commencing July 10, 2006.

This, the 16th day of February, 2006.

United States District Judge