IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| JOHN M. J. MADEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 1:97CV01170 |
| DUKE UNIVERSITY, | | |
| Defendant. | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiff John M.J. Madey and Defendant Duke University hereby stipulate to dismissal with prejudice of all counts of Plaintiff's First Amended and Supplemental Complaint and Defendant's Second Amended Answer and Counterclaims in this action. This stipulated dismissal is based on the compromise and settlement of the parties. Each party will bear its own costs and fees.

This the _19th_ day of September, 2006.

By: _/s/ Randall M. Roden_____
Randall M. Roden
N.C. State Bar No. 7287
Tharrington Smith LLP
209 Fayetteville Street Mall
Raleigh, NC 27602
Tel.:   (919) 821-4711
Fax:   (919) 829-1583
Email:  rroden@tharringtonsmith.com

Attorney for John M.J. Madey

By: __/s/ John M. Simpson____
John M. Simpson
N.C. State Bar No. 15682
Fulbright & Jaworski LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
Tel.:   (202) 662-0200
Fax:   (202) 662-4643
Email:  jsimpson@fulbright.com

Attorney for Duke University

31124213.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Randall Roden and James Lester, attorneys for Plaintiff John Madey.

                                                    __/s/ John M. Simpson_____
                                                    John M. Simpson
                                                    N.C. Bar No. 15682
                                                    Fulbright & Jaworski L.L.P.
                                                    801 Pennsylvania Avenue NW
                                                    Washington, DC 20004
                                                    Telephone:  (202) 662-4753
                                                    Facsimile:   (202) 662-4643
                                                    Email:  jsimpson@fulbright.com

31124213.1