IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOHN M.J. MADEY,              )
                              )
          Plaintiff,          )
                              )
     v.                       )     1:97CV1170
                              )
DUKE UNIVERSITY, et al.,      )
                              )
          Defendants.         )
```

**NOTICE**

The parties are hereby notified that the court still has in its possession approximately one banker's box of paper filings from this case. All of the documents are sealed. Unless one or more parties requests return of those documents, the court intends to dispose of those records by shredding.

If any party objects to this action by the court, an objection must be filed, if at all, within 14 days of this notice. In the absence of an objection, the documents will be shredded by a shredding company under the personal supervision of the Clerk.

**IT IS SO ORDERED.**

This the 15th day of November, 2021.

/s/ William L. Osteen, Jr.
_____
United States District Judge