```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


JOHN M.J. MADEY                   )
                                  )
 Plaintiff,                       )
                                  )
v.                                )     1:97CV01170
                                  )
DUKE UNIVERSITY,                  )
                                  )
 Defendant.                       )
```

**NOTICE OF DESTRUCTION**

In accordance with the Notice and Order of the Honorable William L. Osteen, Jr. (Doc. #218), the sealed documents for this case were destroyed by a shredding company in my personal supervision.

This the 20th day of December, 2021.

                              /s/ John S. Brubaker
                              CLERK OF COURT