OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
324 West Market Street, Room 401
GREENSBORO, NC 27401

NIXIE 100 FE 1 0012/07/21
RETURN TO SENDER
UNABLE TO FORWARD
NOT DELIVERABLE AS ADDRESSED
BC: 27401254401 *1683-17770-07-40*

GREENSBORO NC 270
15 NOV 2021 PM 1 L
RECEIVED In This Office
DEC 14 2021
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.



11/15/2021
US POSTAGE $00.53
FIRST-CLASS MAIL
ZIP 27401
041L11240987



INSPECTED

JOHN BAUER
NORTON ROSE FULBRIGHT US, LLP
666 FIFTH AVE.
NEW YORK, NY

100 AA 1 N C0011/24/21
UNABLE TO FORWARD/FOR REVIEW
**C025**

FWD
10103-000199

BC: 10103000199 DU *0180-06498-15-39*

Case 1:97-cv-01170-JAB   Document 220   Filed 12/14/21   Page 1 of 2

